UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JACQUELINE ANN HAYES, a/k/a Jacqueline Hayes,<br><br>                    Defendant. | No. 2:14-CR-167-WFN<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEAES<br><br>☒     ACTION REQUIRED |

    Before the Court is Defendant Jacqueline Ann Hayes' Unopposed Motion to Modify Conditions of Release, ECF No. 53. United States Probation Officer Stephanie Cherney has verified that Defendant has been accepted into an Oxford House and is able to move into Oxford House on Monday, March 18, 2015. After reviewing the submitted material and relevant authority, the Court is fully informed and hereby grants the motion.

    Accordingly, IT IS HEREBY ORDERED: Ms. Hayes' Unopposed Motion to Modify Conditions of Release, ECF No. 53, is GRANTED. The conditions of release are modified to allow Defendant to reside at an Oxford House, beginning Monday, March 18, 2015. Officer Cherney will pick Defendant up from treatment

///

///

///

ORDER - 1

on March 18, 2015 at 8:00 a.m. and deliver her to the Oxford House. All conditions previously imposed remain in full force and effect.

**IT IS SO ORDERED**.

DATED May 15, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2